United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW NIXON                    ,

Plaintiff(s),

v.

VEGAS.COM, LLC,                  ,

Defendant(s).

Case No. 3:26-cv-02213-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER (CIVIL LOCAL RULE 11-3)

I, Glenna E. Siegel_____, an active member in good standing of the bar of Illinois_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Vegas.com, LLC_____ in the above-entitled action. My local co-counsel in this case is Warren Metlitzky_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 220758_____.

150 S. Wacker Dr., Suite 3150, Chicago IL
_____60606
MY ADDRESS OF RECORD

(312) 322-1981
_____
MY TELEPHONE # OF RECORD

gsiegel@ggulaw.com
_____
MY EMAIL ADDRESS OF RECORD

217 Leidesdorff St., San Francisco, CA 94111
_____
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 343-7103
_____
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

wmetlitzky@conmetkane.com
_____
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6342768_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1_____ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 19, 2026

Glenna E. Siegel

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Glenna E. Siegel  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 23, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2