UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW NIXON                    ,

Plaintiff(s),

v.

VEGAS.COM, LLC,                    ,

Defendant(s).

Case No. 3:26-cv-02213-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER (CIVIL LOCAL RULE 11-3)

I, Kathryn L. Couey_____, an active member in good standing of the bar of Illinois_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Vegas.com, LLC_____ in the above-entitled action. My local co-counsel in this case is Warren Metlitzky_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 220758_____.

150 S. Wacker Dr., Suite 3150, Chicago IL
MY ADDRESS OF RECORD                    60606

(312) 322-1981
MY TELEPHONE # OF RECORD

kcouey@ggulaw.com
MY EMAIL ADDRESS OF RECORD

217 Leidesdorff St., San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 343-7103
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

wmetlitzky@conmetkane.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6308798_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ____1____ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: __March 19, 2026__

_____Kathryn L. Couey_____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Kathryn L. Couey__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: ___March 23, 2026_____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2