JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
J. MARK MOORE (SBN 180473)
mmoore@hammondlawpc.com
POLINA BRANDLER (SBN 269086)
pbrandler@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
(310) 807-1666 (Office)
(310) 295-2385 (Fax)

*Attorneys for Plaintiffs and the Putative Class*

WARREN METLITZKY (CA Bar No. 220758)
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Tel:    (415) 343-7100
Fax:    (415) 343-7101
Email: wmetlitzky@conmetkane.com

*Attorneys for Defendant Vegas.com, LLC*

[ADDITIONAL COUNSEL IDENTIFIED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **MATTHEW NIXON** individually and on behalf of all others similarly situated**,**<br><br>                              Plaintiffs,<br><br>v.<br><br>**VEGAS.COM, LLC,** a Nevada Limited Liability Company,<br>                              Defendant. | Case No. 26-cv-02213-CRB<br><br>**JOINT STIPULATION ON CASE MANAGEMENT DEADLINES AND [~~PROPOSED~~] ORDER**<br><br>**[LOCAL RULE 6-1(a)]** |

Pursuant to Local Rule 6-1(a), Plaintiff Matthew Nixon ("Plaintiff" or "Mr. Nixon") and Defendant Vegas.com LLC ("Defendant") hereby stipulate as follows:

1.    WHEREAS, on March 17, 2026, the Clerk entered an order setting the Initial Case Management Conference before the initially assigned Judge, the Honorable Thomas S. Hixson and related deadlines. [Dkt. 6 (the "Case Management Order").]  The Case Management Order scheduled the Initial Case Management Conference before Judge Hixson for June 11, 2026.  [*Id*.]  The Case Management Order also set other deadlines, including deadlines to (1) file ADR Certification; (2) meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; (3) make initial disclosures, and (4) file a Joint Case Management Statement (collectively, the "Remaining Deadlines").  [*Id*.]

2.    WHEREAS, on March 18, 2026, the Clerk entered an order re-assigning this case to the Honorable Judge Charles R. Breyer.  [Dkt. 9.]  The Clerk vacated all hearing and trial dates.  [*Id*.]  The Clerk's Order further provided that, "[o]ther deadlines such as those for ADR compliance and discovery cutoff … remain unchanged."  [*Id*.]

3.    WHEREAS, on March 25, 2026, Plaintiff filed his motion to remand [Dkt. 18 (the "Motion to Remand")], which is now fully briefed.

4.    WHEREAS, on May 5, 2026, the Court vacated the Motion to Remand hearing and stated the motion will be determined on the briefs.  [Dkt. 22.]

5.    WHEREAS, the Parties agree that, in view of the Order vacating the Initial Case Management Conference and the pending Motion to Remand, good cause exists for the Court to vacate the Remaining Deadlines in the Case Management Order pending a decision on the Motion to Remand.

6.    WHEREAS, vacating the Remaining Deadlines in the Case Management Order will not affect any other deadlines in this case.

**IT IS SO STIPULATED.**

STIPULATION ON CASE MANAGEMENT DEADLINES AND [~~PROPOSED~~] ORDER
CASE NO. 26-CV-02213-CRB

DATED: May 19, 2026

Respectfully submitted,

GOODSMITH GREGG & UNRUH LLP

/s/ *Kathryn L. Couey*
    Warren Metlitzky (CA Bar No. 220758)
    **CONRAD | METLITZKY | KANE LLP**
    217 Leidesdorff Street
    San Francisco, CA 94111
    Telephone: 415-343-7100
    Facsimile: 415-343-7101
    wmetlitzky@conmetkane.com

    Timothy B. Hardwicke (*pro hac vice*)
    Kathryn L. Couey (*pro hac vice*)
    Glenna E. Siegel (*pro hac vice*)
    **GOODSMITH GREGG & UNRUH LLP**
    150 S. Wacker Drive, Suite 3150
    Chicago, IL 60606
    Telephone: 312-322-1980
    Facsimile: 312-322-0056
    thardwicke@ggulaw.com
    kcouey@ggulaw.com
    gsiegel@ggulaw.com

    *Attorneys for Defendant Vegas.com, LLC*

HAMMONDLAW, PC

By:   /s/ *Ari Cherniak*
    JULIAN HAMMOND (SBN 268489)
    jhammond@hammondlawpc.com
    J. MARK MOORE (SBN 180473)
    mmoore@hammondlawpc.com
    POLINA BRANDLER (SBN 269086)
    pblandler@hammondlawpc.com
    ARI CHERNIAK (SBN 290071)
    acherniak@hammondlawpc.com
    HAMMONDLAW, P.C.
    1201 Pacific Ave, 6th Floor
    Tacoma, WA 98402
    (310) 807-1666 (Office)
    (310) 295-2385 (Fax)

    *Attorneys for Plaintiffs*

STIPULATION ON CASE MANAGEMENT DEADLINES AND [~~PROPOSED~~] ORDER
CASE NO. 26-CV-02213-CRB

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Kathryn L. Couey, attest that concurrence in the filing of this document has been obtained.


Dated: May 19, 2026                                                 /s/ Kathryn L. Couey
                                                                    Kathryn L. Couey

STIPULATION ON CASE MANAGEMENT DEADLINES AND [PROPOSED] ORDER
CASE NO. 26-CV-02213-CRB

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties and good cause being shown, IT IS ORDERED that all remaining deadlines in the Case Management Order [Dkt. 6] are vacated pending a decision on the Motion to Remand.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 20, 2026

_____
HON. CHARLES R. BREYER
Judge of the District Court